# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alarcon, Arthur L. | Court of Appeals - 9th Circuit | 03/26/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Senior Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
312 No. Spring Street
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Las Familias del Pueblo (a not-for-profit corporation) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 6/76 | Employee's Retirement Benefit (Los Angeles County) |
| 2. | 6/76 | Employee's Retirement Benefit (State of California) |
| 3. | 6/92 | State Judge's Pension |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Retirement Benefits, State of California | $2,672.00 |
| 2. 2013 | Retirement Benefits, Los Angeles County | $13,002.00 |
| 3. 2013 | Retirement Benefits, State of California Judges | $41,920.00 |
| 4. 2013 | West Services Inc., book royalties | $5,818.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Retirement Plan of Citibank |
| 2. 2013 | Retirement Plan of Honeywell |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California State Bar Meeting | 10/07/13 | Fresno, CA | Speaker | Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 03/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cal Western Life Ins Co | A | Interest | K | W | | | | | |
| 2. United Continental Holdings Stock | | None | J | T | | | | | |
| 3. Citibank Accounts | A | Interest | L | T | | | | | |
| 4. Wells Fargo Bank Accounts (X) | A | Interest | K | T | | | | | |
| 5. Brokerage Account #1 (H) | | | | | | | | | |
| 6. -- TD Ameritrade MMDA Sweep Account | A | Interest | M | T | | | | | |
| 7. -- Citigroup Stock | A | Dividend | K | T | | | | | |
| 8. -- Coca Cola Stock | A | Dividend | K | T | | | | | |
| 9. -- Hewlett Packard Stock | A | Dividend | K | T | | | | | |
| 10. -- Microsoft Stock | A | Dividend | J | T | | | | | |
| 11. -- Proctor & Gamble Stock | A | Dividend | K | T | | | | | |
| 12. -- IBM Stock | A | Dividend | K | T | | | | | |
| 13. -- Mastercard Inc Stock | A | Dividend | K | T | | | | | |
| 14. Brokerage Account #2 (H) | | | | | | | | | |
| 15. -- TD Ameritrade MMDA Sweep Account | A | Interest | L | T | | | | | |
| 16. -- Honeywell Stock | B | Dividend | L | T | | | | | |
| 17. -- Cisco Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 03/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -- Merck Stock | A | Dividend | J | T | | | | | |
| 19.  -- EXXON Mobil Corp Stock | A | Dividend | J | T | | | | | |
| 20.  -- Intel Stock | A | Dividend | J | T | | | | | |
| 21.  -- Clorox Company Stock | A | Dividend | J | T | | | | | |
| 22.  -- Citigroup Inc Stock | A | Dividend | J | T | | | | | |
| 23.  -- GE Stock | A | Dividend | J | T | | | | | |
| 24.  -- Vanguard International Growth Mutual Fund | D | Dividend | K | T | | | | | |
| 25.  -- Neuberger Berman Guardian Mutual Fund | D | Dividend | L | T | | | | | |
| 26.  -- Treasury Note | A | Interest | K | T | | | | | |
| 27.  Brokerage Account #3 (H) | | | | | | | | | |
| 28.  -- Wells Fargo Bank Deposit Sweep Option | A | Interest | K | T | | | | | |
| 29.  -- Ca St Var Purp Fsa Cr G/O Cus Bond (A32 acq 06/22/10) | A | Interest | | | Redeemed | 06/03/13 | K | | |
| 30.  -- Ca Stwide County Dev Prop 1A Bond (R58 acq 08/16/10) | A | Interest | | | Redeemed | 06/17/13 | K | | |
| 31.  -- Ca St Var Purp G/O Txbl Bond (5F7 acq 06/03/10) | B | Interest | | | Redeemed | 04/02/13 | K | | |
| 32.  -- Ford Motor Credit Co Global Notes (TZ6 acq 09/12/11) | D | Interest | | | Redeemed | 10/01/13 | L | | |
| 33.  -- Hewlett Packard Co Sr Unsecured (BL6 acq 12/19/11) | B | Interest | K | T | | | | | |
| 34.  -- Ally Financial Corp Bond (AF7 acq 2/17/12 & 3/2/12) | D | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 03/26/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- International Steel Corp Bond (AB0 acq 08/28/12) | D | Interest | L | T | | | | | |
| 36. -- Citigroup Inc Sub Notes (CQ2 acq 07/12/12) | C | Interest | L | T | | | | | |
| 37. -- Citigroup Inc Sub Bonds (BW0 acq 07/11/12) | C | Interest | L | T | | | | | |
| 38. -- Telecom Italia Capital Corp Bond (AE8 acq 08/29/12) | B | Interest | | | Redeemed | 11/15/13 | K | | |
| 39. -- Donnelley (RR) & Sons Notes (FH7 acq 06/04/13) | A | Interest | | | Buy | 06/04/13 | K | | |
| 40. | | | | | Sold | 08/27/13 | K | A | |
| 41. -- Renaissancere (P119 acq 05/21/13) | B | Dividend | K | T | Buy | 05/21/13 | K | | |
| 42. -- Cheaspeake Energy Corp Bond (CJ4 acq 06/04/13) | A | Interest | K | T | Buy | 06/04/13 | K | | |
| 43. -- Del Inc Corp Bond (AP6 acq 07/23/13) | A | Interest | J | T | Buy | 07/23/13 | J | | |
| 44. -- Telecom Italia Capital Note (AL2 acq 07/23/13) | A | Interest | K | T | Buy | 07/23/13 | K | | |
| 45. -- Deutche Bk Finl LLC Corp Bond (AA7 acq 08/28/13) | A | Interest | K | T | Buy | 08/28/13 | K | | |
| 46. -- Ares Capital Corp Bond (AD5 acq 10/15/13) | B | Interest | K | T | Buy | 10/15/13 | K | | |
| 47. -- Ford Motor Credit Co Corp Bond (AC6 acq 10/28/13) | A | Interest | K | T | Buy | 10/28/13 | K | | |
| 48. -- Plains Exploration Corp Bond (AJ9 acq 10/28/13) | A | Interest | K | T | Buy | 10/28/13 | K | | |
| 49. Brokerage Account #4 (H) | | | | | | | | | |
| 50. -- Wells Fargo Bank Deposit Sweep Option | A | Interest | L | T | | | | | |
| 51. -- Ca St Cmnty Dev Auth Rev Prop 1A Bond (R58 acq 08/16/10) | A | Interest | | | Redeemed | 06/17/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Ca St G/O Unltd Bond (Z49 acq 11/09/10) | C | Interest | | | Redeemed | 08/01/13 | L | | |
| 53. -- Ca St Econ Recov Ser A Bond (BC4 acq 12/10/10) | B | Interest | | | Redeemed | 07/01/13 | K | | |
| 54. -- Ca St G/O Unltd Bond (PU0 acq 03/09/11) | B | Interest | K | T | | | | | |
| 55. -- Ca St G/O Unltd Bond (N91 acq 03/17/11) | A | Interest | | | Redeemed | 04/02/13 | K | | |
| 56. -- Ford Motor Credit Co Global Notes (TZ6 acq 11/23/11) | D | Interest | | | Redeemed | 10/01/13 | M | | |
| 57. -- GMAC Inc Corp Bond (BZ5 acq 1/30/12) | C | Interest | | | Redeemed | 12/31/13 | K | | |
| 58. -- Morgan Stanley Corp Bond (AD1 acq 4/20/12) | C | Interest | L | T | | | | | |
| 59. -- Intl Lease Finance Corp Bond (B49 acq 7/13/12) | C | Interest | L | T | | | | | |
| 60. -- Deutsche Bank Finl LLC Notes (AA7 acq 7/16/12) | B | Interest | K | T | | | | | |
| 61. -- Goodyear Tire & Rubber GTD Note (BA8 acq 05/20/13) | B | Interest | K | T | Buy | 05/20/13 | K | | |
| 62. -- Goodyear Tire & Rubber Sr Note (BD2 acq 05/20/13) | B | Interest | K | T | Buy | 05/20/13 | K | | |
| 63. -- SLM Corp Sr Notes (EK0 acq 07/23/13) | A | Interest | K | T | Buy | 07/23/13 | K | | |
| 64. -- Cheasapeake Energy Corp (CJ4 acq 07/23/13) | A | Interest | K | T | Buy | 07/23/13 | K | | |
| 65. -- Calif State Muni Bond (P97 acq 08/23/13) | A | Interest | K | T | Buy | 08/23/13 | K | | |
| 66. -- Zions Bank Corp Sub Notes (AV9 acq 10/16/13) | A | Interest | K | T | Buy | 10/16/13 | K | | |
| 67. -- Cheasapeake Energy Corp (CD7 acq 10/17/13) | A | Interest | K | T | Buy | 10/17/13 | K | | |
| 68. -- Nations Bank Corp Sub Notes (AN9 acq 10/22/13) | A | Interest | K | T | Buy | 10/22/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 03/26/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Telefonica Emisiones SAU Bond (AT2 acq 10/22/13) | A | Interest | K | T | Buy | 10/22/13 | K | | |
| 70. TD Ameritrade Amerivest Core Moderate ETF Fund (X) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 03/26/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII: Differences between 2012 and 2013 for entries in Columns B (Income) and C (Gross Value) are due to market fluctuation in stock prices and interest/ dividends.

2) Part VII: Entry 2: Was United Airline Stock. Column B(1) intentionally left blank because there was no income.

3) Part VII: Column D(4) intentionally left blank for the following entries because there was either a loss or no gain: 29, 30, 31, 32, 38, 51, 52, 53, 55, 56, and 57

4) Part VII: Entry 70 replaces entries 63 thru 72 of the prior year's report -- an investment that was incorrectly treated as a "managed asset account." The investment should have been treated as a "widely held investment fund." The assets of the fund are widely diversified, and we neither exercise control, nor have the ability to exercise control over the financial interests held by the fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ Arthur L. Alarcon

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544